COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE | § | No. 08-15-00345-CV |
|  | § | ORIGINAL PROCEEDING |
| ALFREDO FLORES, | § | ON PETITION FOR |
| RELATOR. | § | |
|  | § | WRIT OF MANDAMUS |

## <u>MEMORANDUM OPINION</u>

Relator, Alfredo Flores, has filed a petition for writ of mandamus against the Honorable Eduardo Gamboa, presiding judge of the Probate Court No. 1 of El Paso County, Texas, asking that we order Respondent to withdraw an order disqualifying Relator's attorney from representing him in cause number 2015CGD00225, styled *In the Guardianship of Sherleen Lockhart Hervey, an Incapacitated Person*. Relator also filed a motion to stay the underlying case pending resolution of this original proceeding. We deny the motion to stay and the relief sought by the mandamus petition.

To be entitled to mandamus relief, Relator must meet two requirements. *In re Prudential Insurance Company of America,* 148 S.W.3d 124, 135 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992). First, he must show that the trial court clearly abused its discretion. *In re Prudential*, 148 S.W.3d at 135. Second, he must demonstrate that there is no adequate remedy by appeal. *In re Prudential*, 148 S.W.3d at 135-36; *In re McAllen Medical Center, Inc.*, 275 S.W.3d 458, 462 (Tex. 2008). Finding that Relator has not made the required

showing, we deny the motion to stay and the petition for writ of mandamus.


December 9, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.